# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201800084**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**ANTHONY M. JONES**
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Terrance J. Reese, USMC.
Convening Authority: Commanding Officer, 1st Battalion, 10th Marine Regiment, 2d Marine Division, Camp Lejuene, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Keith A. Parrella, USMC.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 21 June 2018

———————————————

Before HUTCHISON, SAYEGH, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court